UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| TIMOTHY BURKE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 17-cv-11867-IT |
| | * | |
| ALTISOURCE SOLUTIONS, INC., | * | |
| OCWEN LOAN SERVICING, INC., and | * | |
| HSBC BANK USA NATIONAL | * | |
| ASSOCIATION, | * | |
| | * | |
| Defendants. | * | |

MEMORANDUM & ORDER

June 25, 2018

TALWANI, D.J.

Pending before this court are Defendants Altisource Solutions, Inc. and Ocwen Loan Servicing, Inc.'s Motion to Dismiss Verified Complaint [#7] and Defendant HSBC Bank USA National Association's Motion to Dismiss Verified Complaint [#32]. The Magistrate Judge to whom the case was referred entered a Report and Recommendation [#47] recommending that Defendants' motions be allowed absent a motion for leave to amend filed within 14 days. The Report and Recommendation notified Plaintiff that he had 14 days to file objections. No objections have been filed, and Plaintiff has not moved for leave to amend the complaint.

Accordingly, after considering the Magistrate Judge's Report and Recommendation [#47] the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#47] for the reasons set for therein. Defendants' Motions to Dismiss [##7, 32] are ALLOWED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge